UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| KATRINA HARRIS,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | No. ED CV 17-02398 PA (SHKx)<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

Based upon the Stipulation for Dismissal filed by the parties, IT IS HEREBY ORDERED that:

1. This action is dismissed in its entirety with prejudice; and
2. Each party shall bear their own costs, attorneys' fees and expenses.

Dated this  11th day of December 2018.

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE